UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALLEN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SAMUAL CORTEZ,<br><br>Defendant. | No. 2:24-cv-02179-DAD-CKD (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 6) |

  Plaintiff Rodney Allen Williams is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On October 30, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 6 at 1.) Specifically, the magistrate judge noted that on September 17, 2024, plaintiff was ordered to file a new in forma pauperis application as well as a certified copy of his prison trust account statement within 30 days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (*Id.*) The magistrate judge concluded that dismissal without prejudice was appropriate because the thirty-day period has expired, and plaintiff has not responded to the court's order and has not filed the required documents. (*Id.*)

1

1     The findings and recommendations contained notice that any objections thereto were to be
2 filed within fourteen (14) days after service. (*Id.* at 3.) On October 30, 2024, the court served the
3 pending findings and recommendations on the parties, including on plaintiff at the record address.
4 (Doc. No. 6.) It is plaintiff's responsibility to keep the court apprised of his current address at all
5 times, and service of documents at the record address of the party is fully effective. Local Rule
6 182(f). On November 7, 2024, the findings and recommendations were returned to the court
7 marked as undeliverable to plaintiff. (Doc. No. 6.) To date, no notice of change of address or
8 objections have been filed, and the time in which to do so has now passed.

9     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
10 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
11 findings and recommendations are supported by the record and by proper analysis.

12     Accordingly:

13     1.     The findings and recommendations issued on October 30, 2024 (Doc. No. 6) are
14     ADOPTED IN FULL;
15     2.     The action is DISMISSED, without prejudice; and
16     3.     The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **April 14, 2025**

                        DALE A. DROZD
                        UNITED STATES DISTRICT JUDGE